OPINION — AG — IN DETERMINING THE POPULATION OF CITIES OR TOWNS FOR THE PURPOSE OF APPORTIONING TAXES UNDER 47 O.S. 1963 Supp., 22.2 [47-22.2](F), THE CHEROKEE COUNTY TREASURER MAY CONSIDER THE POPULATION OF THE TOWN OF HULBERT TO BE THAT SHOWN IN A PRE INCORPORATION CENSUS TAKEN UNDER 11 O.S. 1961 972 [11-972], AND THE POPULATION OF THE CITY OF TAHLEQUAH TO BE AS REFLECTED IN THE 1960 FEDERAL DECENNIAL CENSUS. (JAMES R. FUNSON)